Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
SANTIAGO CAPUL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SANTIAGO CAPUL,<br><br>       Plaintiff,<br><br>   vs.<br><br>GC SERVICES, LP,<br><br>       Defendant. | Case No.: 8:14-cv-00825-SVW-JCG<br><br><br>NOTICE OF SETTLEMENT |

NOW COMES the Plaintiff, SANTIAGO CAPUL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: 06/27/2014          KROHN & MOSS LTD

/s/ Ryan Lee
Ryan Lee, Esq.
Attorney for Plaintiff,
SANTIAGO CAPUL

1

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on June 27, 2014, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:     /s/ Ryan Lee
        Ryan Lee, Esq.

2