1  Ryan Lee (SBN: 235879)
   rlee@consumerlawcenter.com
2  Matthew A. Rosenthal (SBN 279334)
   mrosenthal@consumerlawcenter.com
3  Krohn & Moss, Ltd.
   10474 Santa Monica Blvd., Suite 405
4  Los Angeles, CA 90025
   Tel: (323) 988-2400
5  Fax: (866) 861-1390
6  SANTIAGO CAPUL

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SANTIAGO CAPUL, | Case No.: 8:14-cv-00825-SVW-JCG |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| GC SERVICES, LP, | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SANTIAGO CAPUL, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: September 4, 2014                    KROHN & MOSS, LTD.


                                             By: /s/ Ryan Lee, Esq.
                                             Ryan Lee, Esq.
                                             Attorney for Plaintiff

- 1 -

VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq